# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY DANIEL COOTS,

      Plaintiff,

v.                                        CV No. 17-1253 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon *Defendant's Unopposed Motion for an Enlargement of Time*, (Doc. 10), filed March 16, 2018. In the Motion, Defendant asks for an extension of time to file a responsive pleading to Plaintiff's Complaint. The Court, having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **April 16, 2018**, to file an answer or otherwise respond to Plaintiff's Complaint.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE