**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JEREMY DANIEL COOTS,

       Plaintiff,

v.                              No. CV 17-1253 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

       Defendant.

## <u>ORDER SETTING BRIEFING SCHEDULE</u>

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that**:**

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **June 15, 2018;**

(2)     Defendant shall file a Response on or before **August 14, 2018;**

(3)     Plaintiff may file a Reply on or before **August 28, 2018;**

(4)     All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE